672 A.2d 1164
STATE OF NEW JERSEY v. E.M.I.

February 7, 1996.

## ORDER

Leave to appeal is granted.

672 A.2d 1164
STATE OF NEW JERSEY v. LEON J. STILES, ET AL.

February 14, 1996.

## ORDER

Leave to appeal is granted, the order of the Appellate Division is summarily reversed, and the order of the Superior Court, Law Division, is reinstated.

672 A.2d 1164
STATE OF NEW JERSEY v. P.Z.

February 15, 1996.

## ·ORDER

Leave to appeal is granted.

672 A.2d 1164
WHEATON, INC., ETC. v. DOUGLAS FREDERICK SMITH, ETC.

February 26, 1996.

## ORDER

Leave to appeal is granted.